| | |
|---|---|
| 1 | PETER E. GLICK, ESQ. (SBN: 127979) |
| | Attorney at Law |
| 2 | 400 Capitol Mall, Suite 1100 |
| | Sacramento, CA 95814 |
| 3 | Telephone:   (916) 558-6182 |
| | Fax No.:       (916) 448-2434 |
| 4 | E-mail: pglick@pglick.com                                              JS-6 |
| 5 | ERIC G. REEVES (pro hac vice) |
| | Moran Brown P.C. |
| 6 | 4110 East Parham Road |
| | Richmond, VA 23288 |
| 7 | Telephone:   (804) 864-4287 |
| | Fax No.:       (804)864-4877 |
| 8 | E-Mail: ereeves@moranbrownpc.com |
| 9 | |
| 10 | Attorneys for Defendant |
| | CIRCUIT CITY STORES, INC. |

**Peter E. Glick**
*Attorney at Law*
400 Capitol Mall, Suite 1100
Sacramento, CA 95814

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICAL ENTERPRISES, INC., | **CASE NO. CV06-6384 GPS (Ctx)** |
| Plaintiff, | **JUDGMENT** |
| vs. | **TRIAL DATE:   June 17, 2008** |
| | **TIME                              8:30 a.m.** |
| CIRCUIT CITY STORES, INC., a corporation; and DOES 1 through 10 inclusive | **COURTROOM:  7** |
| | **HON. GEORGE P. SCHIAVELLI** |
| Defendants. | |
| _____ | |

At the close of Plaintiff's case, on June 19, 2008, Defendant Circuit City Stores, Inc., ("Circuit City") made an oral motion for judgment as a matter of law ("JMOL") as to liability and damages.  The court reserved ruling on the motion and ordered Circuit City to submit a written brief on the issues raised in Circuit City's

---

**Judgment**

1 JMOL motion.  Circuit City filed its Brief in Support of its JMOL motion on June
2 20, 2008, the final day of trial.  The Court instructed the jury and provided a form
3 of Special Verdict. Following approximately two days of jury deliberations, the
4 jury was unable to reach a verdict on the initial question posed in the Special
5 Verdict -- whether a breach of contract occurred.  After the Court discharged the
6 jury and declared a mistrial, Circuit City renewed its JMOL motion under Rule
7 50(b) of the Federal Rules of Civil Procedure.  The Court invited an opposition
8 brief from Unical and a reply brief from Circuit City.

9     Having reviewed the parties' filings and the record, and, on August 18,
10 2008, having issued an Order Granting Motion for Judgment as a Matter of Law,

11 **IT IS ORDERED AND ADJUDGED** that Judgment be entered in favor of
12 Defendant CIRCUIT CITY STORES, INC., and against the Plaintiff UNICAL
13 ENTERPRISES, INC.;  and, that Plaintiff UNICAL ENTERPRISES INC., take
14 nothing by its Complaint herein;  and, that the action be dismissed on the merits
15 with prejudice; and, that defendant CIRCUIT CITY STORES, INC. shall recover
16 its costs as the prevailing party as per Local Rule 54-3.

18 Dated: September 4, 2008

GEORGE P. SCHIAVELLI
_____
Hon. George P. Schiavelli
United States District Court Judge

**Peter E. Glick**
**Attorney at Law**
400 Capitol Mall, Suite 1100
Sacramento, CA 95814

**Judgment** - 2 -